# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**WILLIAM B. GRITZ,**

    **Plaintiff,**

**v.**                                                 **Case No.  8:10-cv-2325-T-30TGW**

**LOWE'S HOME CENTERS, INC.,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Plaintiff has failed to show cause, in writing, why this action should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05, in accordance with this Court's Order to Show Cause (Dkt. #9) entered on March 24, 2011.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed without prejudice.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 6, 2011.

*[signature: James S. Moody, Jr.]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

S:\Odd\2010\10-cv-2325.dismiss-no cmr.frm